UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
──────────────────────────────X

KEITH BRANNON,

               Plaintiff,                      **ORDER AND JUDGMENT**
    -against-                                15-CV-72 (RRM) (RLM)

73RD PRECINCT; 88TH PRECINCT,

               Defendants.
──────────────────────────────X
ROSLYNN R. MAUSKOPF, United States District Judge.

       Plaintiff Keith Brannon filed this *pro se* action pursuant 42 U.S.C. § 1983, alleging claims of false arrest, false imprisonment and the unlawful taking of his property.  By Order dated April 15, 2016, the Court dismissed Brannon's complaint for failure to state a claim on which relief may be granted, 28 U.S.C. § 1915(e)(2)(B)(ii), but afforded Brannon thirty days to file an amended complaint against other defendants regarding his false arrest, false imprisonment and/or property claims.  The Order further provided that if Brannon failed to comply within the time allowed, judgment dismissing this action would enter.  Brannon has not responded to the Court's Order granting him thirty days leave to file an amended complaint and the time for doing so has passed.  Accordingly, it is:

       ORDERED, ADJUDGED AND DECREED:  That the civil action is hereby dismissed. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith and therefore *in forma pauperis* status is denied for purpose of an appeal.  *Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

       The Clerk of Court is directed to send a copy of this Judgment to Brannon at the address listed on the docket and note the mailing on the docket.

                                                        SO ORDERED.

                                                       *Roslynn R. Mauskopf*
                                                       _____
                                                       ROSLYNN R. MAUSKOPF
                                                       United States District Judge

Dated:  Brooklyn, New York
        May 27, 2016